STATE of Missouri, Respondent,

v.

Michael LENDING, Appellant.

Michael LENDING, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 62164, 63982.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 29, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1994.

Alan G. Kimbrell, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of three counts of selling a controlled substance for which he was sentenced as a prior and persistent offender to concurrent terms of twenty years imprisonment. Defendant also appeals from an order denying on the merits, after a hearing, his Rule 29.15 motion for post-conviction relief. However, Defendant has abandoned this appeal by failing to brief any errors with respect to the denial of post-conviction relief.

With respect to his direct appeal, no error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).